JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960
(973) 538-6890



ATTORNEYS FOR DEFENDANT CEC ENTERTAINMENT, INC.

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON T. WEBBER, | Civil Action No.: 07-civ. 0988 |
| Plaintiff, | |
| v. | |
| CEC ENTERTAINMENT, INC. d/b/a CHUCK E. CHEESE'S and CHAD E. CHESLEY, | STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants. | |

It is hereby stipulated and agreed by and between Plaintiff Jason T. Webber ("Plaintiff") and Defendant CEC Entertainment, Inc. ("Defendant"), through their respective undersigned counsel, who are authorized to enter this stipulation, that Plaintiff's action against Defendant is dismissed in its entirety with prejudice and without costs or attorneys' fees.

FOULKE LAW OFFICES
Counsel for Plaintiff Jason T. Webber

By: _____   Dated: 3/7/08
    Evan M. Foulke, Esq.

JACKSON LEWIS LLP
Attorneys for Defendant

By: _____   Dated: 4/1/08
    John M. Nolan, Esq.

SO ORDERED:
_____  4/3/08
Hon. George A. Yanthis
United States Magistrate Judge.